JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PATRICK TRIPLETT,

        Plaintiff,

      v.

COUNTY OF ORANGE, et al.,

        Defendants.

Case No. 8:25-cv-01956-KES

**JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41-1, IT IS HEREBY ADJUDGED that this case is DISMISSED with prejudice.

DATED: <u>May 15, 2026</u>

_____
  Hon. Karen E. Scott
  UNITED STATES MAGISTRATE JUDGE